# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID BENTON AND ASHLIE
DOWNEY

VERSUS

STATE OF LOUISIANA, THROUGH
DEPARTMENT OF CHILDREN AND
FAMILY SERVICES AND THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, ASHLEY A.
SHIELDS, AND RONNIE R.
ROUNDTREE

NO.   2019 CW 1387

**DEC 0 6 2019**

---

In Re:   State Of Louisiana, through the Department of Children
and Family Services and Ashley Shields, applying for
supervisory writs, 21st Judicial District Court,
Parish of Tangipahoa, No. 2017-807.

---

**BEFORE:   McDONALD, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JMM**
**JEW**

**Holdridge, J.,** concurs.   This does not preclude the State
of Louisiana from re-urging a motion for summary judgment.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT